**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dana Blackcloud, | ) | Case No.  2:08-cr-060-03 |
| | ) | |
| Defendant. | ) | |

___

The court directs the Clerk's Office to seal Docket No.  44 in light of the personal information contained therein.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2008.


                                             */s/  Charles S.  Miller, Jr.*

                                             Charles S.  Miller, Jr.

                                             United States Magistrate Judge